# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 12, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160707(103)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

GREGORY CARL WASHINGTON,
     Defendant-Appellant.
_____/

SC: 160707
COA: 336050
Wayne CC: 04-004270-FC

     On order of the Chief Justice, the motion of Willie Curtis to file a brief amicus curiae is GRANTED. The amicus brief submitted on June 1, 2020, is accepted for filing.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 12, 2020



Clerk